BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

JUL 09 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT | CASE NO. 2:15-SW-0390 CKD<br><br>UNITED STATES' MOTION TO UNSEAL SEARCH WARRANT DOCUMENTS AND ORDER THEREON |

The United States of America hereby moves ex parte for an order unsealing the search warrant and search warrant affidavit (hereafter collectively "search warrant documents") previously sealed by this Court on July 7, 2015, by order of United States Magistrate Judge Carolyn K. Delaney. This motion is based on the following facts. The United States sought the July 7, 2015, sealing order to protect information regarding the investigation as described in the search warrant documents that were sealed, pending the execution of the search warrant. On July 8, 2015, law enforcement served the search warrant; hence, there is no longer a need to keep the search warrant documents sealed.

Wherefore, the United States respectfully moves this Court for an order unsealing the search warrant documents previously sealed by this Court.

DATED: July 8, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney

1

## ORDER

The Court having received, reviewed, and considered the United States' ex parte motion to unseal the search warrant documents previously sealed by this Court on July 7, 2015, and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit filed in the above-captioned matter are hereby ordered unsealed.

DATED: July 8, 2015

*(signature)*
CAROLYN K. DELANEY
United States Magistrate Judge